Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| VRH PROPERTIES, INC. Y OTROS<br><br>Apelante<br><br>v.<br><br>SANTANDER FINANCIAL SERVICES, INC. Y OTROS<br><br>Apelada | KLAN202400833 | Apelación procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Sobre: Incumplimiento Contractual<br><br>Caso Núm.: SJ2021CV04076 |

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Ronda del Toro y el Juez Pérez Ocasio

## RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de octubre de 2024.

A la *Moción Solicitud de Paralización Conforme 11 USC § 362,* presentada el 3 de octubre de 2024, por la parte apelada, Planet Home Lending, LLC., ha lugar.

Se ordena el archivo administrativo del recurso presentado, reservándonos jurisdicción para decretar la reapertura de este, en caso de que dicha paralización sea dejada sin efecto o hasta que por otro fundamento proceda continuar con los procedimientos.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2024 _____